UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SABAL TRAIL TRANSMISSION, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>0.58 ACRES OF LAND, MORE OR LESS, IN COLQUITT COUNTY, GEORGIA,<br><br>and<br><br>KENNETH GREGORY ISAACS,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 4:16-cv-00104-CDL |

## ORDER FOR RELEASE AND RETURN OF SECURITY BOND

Plaintiff Sabal Trail Transmission, LLC ("Sabal Trail") has filed a Motion for Release and Return of Security Bond (the "Motion") in this case. The Court having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The security bond posted in this case is hereby released, and the Court directs the Clerk of the Court to return the original security bond to counsel for Sabal Trail at the following address: Andrew S. Koelz, Hunton Andrews Kurth LLP, Bank of America Plaza, Suite 4100, 600 Peachtree Street, N.E., Atlanta, GA 30308-2216.

**IT IS SO ORDERED**, this 24th day of October 2018.

　　　　　　　　　　　　　　　　　　　S/Clay D. Land
　　　　　　　　　　　　　　　　　　　CLAY D. LAND
　　　　　　　　　　　　　　　　　　　CHIEF U.S. DISTRICT COURT JUDGE
　　　　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF GEORGIA